■ EUGENE J. HAYES, Appellant, v CITY OF NEW YORK, Respondent. [647 NYS2d 74] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered on or about May 3, 1995, unanimously affirmed for the reasons stated by Green, J., without costs and disbursements. (*See also, St. Jacques v City of New York*, 88 NY2d 920.) No opinion. Concur—Sullivan, J. P., Milonas, Ellerin, Williams and Mazzarelli, JJ.